IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD JOHNSON v. CITY OF PHILADELPHIA, et al. | CIVIL ACTION NO. 25-1978 |
|---|---|

ORDER RE: MOTION TO DISMISS

**AND NOW**, this 16th day of January 2026, upon consideration of Defendants' Brown and Ryan Motion to Dismiss (ECF 40), Plaintiff's response in opposition (ECF 51), and Defendants' reply thereto (ECF 54), it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss is **DENIED** as to Count II.

2. Defendants' Motion to Dismiss is **DENIED** as to Count III on Plaintiff's Fourth Amendment malicious prosecution claim. Defendants' Motion to Dismiss as to Count III is **GRANTED** on Plaintiff's Fourteenth Amendment malicious prosecution claim.

3. Defendants' Motion to Dismiss is **DENIED** as to Count IV.

4. Defendants' Motion to Dismiss as to Count VI is **GRANTED** and the Court will dismiss without prejudice Plaintiff's state law malicious prosecution claim to Plaintiff re-filing his common law malicious prosecution allegations in state court.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1978 Johnson v Phila\25-1978 Order on MTD.docx